# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3467

_____

STEVEN W. HAUN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

February 28, 2019

ON MOTION FOR CLARIFICATION

PER CURIAM.

The motion for clarification is granted, and the opinion issued in this case on December 12, 2018, is withdrawn. The appeal is dismissed. Fla. R. App. P. 9.110(b).

LEWIS, WINOKUR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Steven W. Haun, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.